IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR65 |
| | ) | |
| v. | ) | |
| | ) | |
| AARON LONG, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the court is a Motion to Withdraw and to Appoint Substitute Counsel [69] filed by Attorney W. Russell Bowie. Mr. Bowie has recently been appoint district judge for Douglas County, Nebraska. Good cause being shown, the motion will be granted. Defendant has previously filled out a financial affidavit and the court appointed counsel. A CJA panel attorney will be appointed to represent the defendant.

IT IS ORDERED:

1. That the Motion to Withdraw and to Appoint Substitute Counsel [69] is granted. W. Russell Bowie shall be deemed withdrawn as attorney of record and shall forthwith provide new counsel with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Bowie which are material to the defendant's defense

2. A CJA panel attorney will be appointed by further order of the court to represent the above named defendant in this matter.

DATED this 13th day of March, 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge